UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DENNY MARTIN, :
:
Plaintiff, :
: 20-CV-10428 (JMF)
-v- :
: ORDER
BERKSHIRE LIFE INSURANCE COMPANY OF :
AMERICA, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 27, 2021, the Court directed any party of the view that any materials currently under seal or in redacted form should remain under seal or in redacted form to file a letter motion so arguing by September 3, 2021.  *See* ECF No. 31, at 4.  Plaintiff filed a motion requesting that ECF Nos. 24-2, 27-2, and 27-3 remain under seal, which was granted.  ECF No. 33.  As no other letter motions were filed, the Clerk of Court is now directed to unseal (that is, convert to public view, with no restrictions) ECF Nos. 24, 24-1, 24-3, 24-4, 24-5, 24-6, 27, 27-1, 27-4, 27-5, 27-6, 29, 30, 30-1, and 30-2. **To be clear, ECF Nos. 24-2, 27-2, and 27-3 should remain under seal.**

      SO ORDERED.

Dated: September 15, 2021
       New York, New York
                                               JESSE M. FURMAN
                                       United States District Judge