UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
     :
DENNY MARTIN,     :
     :
                             Plaintiff,     :     20-CV-10428 (JMF)
     :
              -v-     :     ORDER
     :
BERKSHIRE LIFE INSURANCE COMPANY OF     :
AMERICA,     :
                          Defendant.     :
     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 25, 2021, Defendant filed a motion to compel Plaintiff and The Law Office of Thomas F. Liotti, LLC, to comply with the Court's Order of August 27, 2021, and for sanctions. ECF No. 37. The parties and The Law Office of Thomas F. Liotti, LLC, are hereby ORDERED to appear at a teleconference with the Court on October 28, 2021 at 3:00 p.m. The conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       SO ORDERED.

Dated: October 26, 2021
       New York, New York
                                                               JESSE M. FURMAN
                                                               United States District Judge