UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DENNY MARTIN, :
:
:
Plaintiff, :
: 20-CV-10428 (JMF)
-v- :
: ORDER
:
BERKSHIRE LIFE INSURANCE COMPANY OF :
AMERICA, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- As to the material sought from the Law Office of Thomas F. Liotti: By **November 1, 2021**, counsel for Plaintiff shall produce all non-privileged responsive material already received from the Law Office of Thomas F. Liotti.  By **November 10, 2021**, the Law Office of Thomas F. Liotti shall turn over any remaining responsive material to counsel for Plaintiff.  By **November 15, 2021** counsel for Plaintiff shall produce all remaining non-privileged responsive material and a privilege log. Finally, by **November 16, 2021**, Defendant shall file a letter on the docket indicating whether it has received the required productions, and whether or to what extent its motion to compel, *see* ECF No. 37, is moot.

- As to the records provided to Plaintiff in the federal criminal proceeding:  The request for billing records has been withdrawn.  For all other materials listed in Defendant's letter of October 27, 2021, *see* ECF No. 39, except emails, by **November 1, 2021**, Plaintiff shall produce those materials to Defendant.  As to the approximately 8500 emails in Plaintiff's criminal counsel's possession for the relevant time period, all non-privileged emails and a privilege log shall be produced by **November 5, 2021**.

SO ORDERED.

Dated: October 28, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge