UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DENNY MARTIN, :
:
:
Plaintiff, :
: 20-CV-10428 (JMF)
-v- :
: ORDER
:
BERKSHIRE LIFE INSURANCE COMPANY OF :
AMERICA, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has been informed that the parties reached agreement on all issues in this matter through the court-ordered mediation held on October 5, 2023.[1]  The Court commends and congratulates the parties on reaching an amicable resolution.  That said, the parties are reminded that, per the Court's Order of July 5, 2023, *see* ECF No. 88, the trial date is a firm date and that it will not be adjourned on account of a settlement in principle.  In other words, **unless and until the parties (1) file a stipulation of dismissal or settlement or (2) appear in person to put the material terms of a settlement on the record (and the Court approves the settlement to the extent that such approval is required), all dates and deadlines remain in effect and the parties should be prepared to go to trial as scheduled.**

      SO ORDERED.

Dated: October 6, 2023
       New York, New York
                                        JESSE M. FURMAN
                                        United States District Judge

Per the endorsement to be docketed separately today, the Court is refiling this Order without the attachment referenced in the footnote.  SO ORDERED.

October 11, 2023

---

[1]    The settlement was noted on the docket.  In addition, the Court received an email from the parties, a copy of which is attached to this Order.  The parties are reminded that, pursuant to the Court's Individual Rules and Practices, all substantive communications must be filed on the docket.